**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID DE MEDICIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY BANK and ALLY FINANCIAL INC.,<br><br>Defendants. | Case No.  7:21-cv-06799-NSR |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Defendants, by and through their counsel Simpson Thacher & Bartlett LLP, respectfully request the withdrawal of the appearance of Richard F. Walker III as counsel for Defendants in the above-referenced action.  As of February 11, 2022, Richard F. Walker III will no longer be associated with the firm of Simpson Thacher & Bartlett LLP.  Simpson Thacher & Bartlett LLP will continue to serve as counsel for Defendants.

Dated:  February 3, 2022                SIMPSON THACHER & BARTLETT LLP

By  */s/ Brooke E. Cucinella*
Brooke E. Cucinella
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Brooke.Cucinella@stblaw.com

*Counsel for Defendants*