**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID DE MEDICIS, on behalf of himself and
all others similarly situated,

                      Plaintiff,

    -against-                                    21 **CIVIL** 6799 (NSR)

                                                               **JUDGMENT**

ALLY BANK and ALLY FINANCIAL, INC.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2024, the Court GRANTS Defendants' motion to dismiss (ECF No. 45) and DISMISSES Plaintiff's Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2024

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court

                       **BY:**

                                                           Deputy Clerk